**740**

115 So.2d 910

## Ozzie NEWSOME

v.

## STATE.

### 8 Div. I.

Supreme Court of Alabama.

Oct. 29, 1959.

Rehearing Denied Dec. 10, 1959.

Bradshaw & Barnett, Florence, for petitioner.

MacDonald Gallion, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of Ozzie Newsome for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Newsome v. State, 115 So.2d 908.

Writ denied.

SIMPSON, GOODWYN and MERRILL, JJ., concur.

120 So.2d 429

## Edward R. PEYTON, alias,

v.

## STATE.

### 8 Div. 36.

Supreme Court of Alabama.

March 10, 1960.

Rehearing Denied May 19, 1960.

Crampton Harris, Birmingham, Claud D. Scruggs, Guntersville, and Clinton E. Moore, Montgomery, for petitioner.

MacDonald Gallion, Atty. Gen., and Geo. D. Mentz, Asst. Atty. Gen., opposed.

COLEMAN, Justice.

Petition of Edward R. Peyton for certiorari to the Court of Appeals to review and revise the judgment and decision in Peyton v. State, 120 So.2d 415.

Writ denied.

LAWSON, SIMPSON, STAKELY, GOODWYN and MERRILL, JJ., concur.

119 So.2d 607

## Clyde ROBERTSON

v.

## STATE.

### 6 Div. 546.

Supreme Court of Alabama.

April 7, 1960.

Rogers, Howard & Redden, Birmingham, for petitioner.

MacDonald Gallion, Atty. Gen., opposed.

STAKELY, Justice.

Petition of Clyde Robertson for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Robertson v. State, 119 So.2d 607.

Writ denied.

All the Justices concur.